IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY P. GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 15-0654-CG-N |
| | ) |
| NOAH PRICE (TREY) OLIVER, III, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 16) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated February 8, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** sua sponte for the Plaintiff's failure to make the required payments under 28 U.S.C. § 1915(b) or, alternatively, for failure to prosecute and obey the Court's orders under both Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket.

Final judgment shall be entered accordingly by separate document in accordance with this Order and Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 3rd day of March, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE